**IN THE UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF GEORGIA**

**MACON DIVISION**

IN RE:  Tracian Aleicia Wright

.

|  |  |  |
|---|---|---|
| Debtor(s), | * | CHAPTER 7 |
|  | * | CASE NO. 26-51165 AEC |

701 Coopers Landing Drive

Macon, GA  31216

* 

Soc. Sec. XXX-XX-2429            *

XXX-XX-

_____

## MOTION FOR EXTENSION TO FILE SCHEDULES AND STATEMENTS

COME(S) NOW the Debtor(s) and respectfully show(s) the Court as follows:

1. The voluntary petition and list of creditors were filed on July 8, 2026.

The Schedules and Statements are due on July 23, 2026.

2. The required Schedules and Statements have not yet been filed.

3. It is expected that the required Schedules and Statements will be filed

by August 6, 2026, a date not less than five (5) days prior to the Section 341(a)

Meeting of Creditors scheduled for August 13, 2026.

WHEREFORE, the Debtor(s) move(s) for an extension of time to file the above-

described Schedules and Statements to and including August 6, 2026, and also

prays for such other and further relief as is just and proper.

MOTION FOR EXTENSION TO FILE  SCHEDULES AND STATEMENTS

In Re:  Tracian Aleicia Wright

Chapter 7 Case No. 26-51165 AEC

Page 2 of 2                                                                              .

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the assigned Trustee via the Court's electronic noticing system by the filing of same with the Court on this 23rd day of July, 2026.


               /s/ Stacey Nestor                                        .

               STACEY NESTOR

               Attorney for Debtor(s)

               Georgia Bar Number 538855

               Post Office Box 6221

               Macon, Georgia 31208

               (478) 755-0012

               snestor@staceynestorlaw.com