**SO ORDERED.**

**SIGNED this 28 day of July, 2026.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

IN RE:  Tracian Aleicia Wright

.

|                          | Debtor(s), | * | CHAPTER 7 |
|                          |            | * | CASE NO. 26-51165 AEC |

701 Coopers Landing Drive
Macon, GA  31216

\*

Soc. Sec. XXX-XX-2429   \*
        XXX-XX-

_____

### ORDER GRANTING EXTENSION TO FILE SCHEDULES AND STATEMENTS

    The Debtor(s) filed a Motion for Extension of Time to File Schedules and Statements.  The motion was filed within the time within which to file such documents. Having considered the motion, it appears to the Court that sufficient cause exists for granting Debtor(s)'s request.  Now, therefore it is hereby

    **ORDERED** that the deadline for filing any such documents shall be extended to

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE
   SCHEDULES AND STATEMENTS
In Re:  Tracian Aleicia Wright
Chapter 7 Case No. 26-51165 AEC
Page 2 of 2                                                              .

August 6, 2026; and it is hereby further

   **ORDERED** that the requested relief be granted on an ex parte basis, and that such additional relief in the way of further such extensions may be granted only upon filing of a timely motion and after a hearing with notice to all creditors in this case.

< END OF DOCUMENT >

Order prepared and submitted by:
Stacey Nestor
Attorney for Debtor(s)
Georgia Bar No. 538855
Post Office Box 6221
Macon, GA 31208
(478) 755-0012
snestor@staceynestorlaw.com